IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DAVID POTTER, #217 756, )
)
    Petitioner, )
)
    v. ) CASE NO. 1:17-CV-474-WKW
) [WO]
STATE OF ALABAMA, )
and WALTER MYERS, )
)
    Respondents. )

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 12.) There being no timely objection filed to the Recommendation, and based on an independent review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 12) is ADOPTED;

2. The petition for habeas corpus relief (Doc. # 1) is DENIED;

3. The petition for habeas corpus relief (Doc. # 1) is DISMISSED without prejudice to allow Petitioner an opportunity to exhaust available state court remedies with respect to the speedy trial claim pending before this court.

A final judgment will be entered separately.

DONE this 28th day of November, 2017.

                                    /s/ W. Keith Watkins
                          CHIEF UNITED STATES DISTRICT JUDGE